ANTHONY KOWALSKI, RESPONDENT, v. WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS, APPELLANT.

Submitted March 21. 1921—Decided June 20, 1921.

On appeal from the Supreme Court, whose opinion is re ported in 93 *N. J. L.* 340.

For the respondent, *Isaac F. Goldenhorn.*

For the appellant, *Wall. Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, MINTURN. KATZENBACH, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 10.

*For reversal*—WHITE, J. 1.

---

JACOB D. LIT ET AL.. RESPONDENTS, v. R. C. MAXWELL COMPANY, APPELLANT.

Argued June 21, 1920—Decided June 23, 1920.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

"The writ in this case was allowed to review the judgment of the District Court of Atlantic City in dispossessing a tenant in a proceeding instituted for that purpose by the landlord. It is admitted that the affidavit, which is the basis of this pro-